FRASIER, Respondent, v. SUMNER, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Luke W. Frasier against Alanson A. Sumner. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in Potter v. Sumner (decided this term) 77 N. Y. Supp. 678.

FREDERICK, Respondent, v. FONDA, J. & G. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Abram Frederick against the Fonda, Johnstown & Gloversville Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See 65 N. Y. Supp. 440.

FREEDMAN, Appellant, v. MAYER, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Joseph Freedman against Michael Mayer. M. J. Katz, for appellant. J. Buxbaum, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GARLOCK v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 14, 1902.) Action by Emogene Garlock, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs, upon the authority of Sciolina v. Preserving Co., 151 N. Y. 50, 45 N. E. 371, and Meeker v. Remington & Sons Co. (opinion by O'Brien, J., court of appeals; not published).

GEORGE et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Nathaniel George and others against the Manhattan Railway Company. S. Babcock, for appellant. W. G. Peckham, for respondents. No opinion. Judgment affirmed, with costs.

GIBSON v. SUN PRINTING & PUBLISHING CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by William J. Gibson against the Sun Printing & Publishing Company. No opinion. Motion denied, with $10 costs.

GILBERT v. FINCH et al. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by William T. Gilbert, as receiver, against Edward L. Finch and others. No opinion. Motion denied, with $10 costs.

In re GOETZ. (Supreme Court, Appellate Division, First Department. June 20, 1902.) In the matter of Ignace Goetz. No opinion. Motion denied.

GOLDSTEIN, Respondent, v. NEW YORK UNIVERSITY, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1902.) Action by Louis Goldstein, an infant over 14 years of age, by Franklin Taylor, his guardian ad litem, against the New York University. No opinion. Appeal transferred to the First department.

GOLOB v. PASINSKY. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Rosa Golob against Henry Pasinsky. No opinion. Motion denied, with $10 costs.

GRANT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1902.) Action by John Grant against the New York Central & Hudson River Railroad Company. No opinion. Judgment of county court affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that there is no proof of defendant's negligence, no proof that grass was cut on the defendant's right of way before the fire and allowed to remain there and become dry, and no proof that the fire caught in such dry grass, or was communicated thereby to the plaintiff's premises; and this is the only ground of negligence upon which it is claimed the judgment can be sustained. HISCOCK, J., not voting.

GRAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Malvine Gray against the Brooklyn Heights Railroad Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied.

GREEN, Respondent, v. RITCH, Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Frederick S. Green against William T. Ritch. A. J. Rose, for appellant. W. F. Taylor, for respondent. No opinion. Judgment and order affirmed, with costs.